Mehling v Corinthian Condominium (2025 NY Slip Op 02879)

Mehling v Corinthian Condominium

2025 NY Slip Op 02879

Decided on May 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 13, 2025

Before: Moulton, J.P., Kapnick, Scarpulla, Rodriguez, Higgitt, JJ. 

Index No. 152496/15|Appeal No. 4358|Case No. 2023-03019|

[*1]Brian Mehling, Plaintiff-Respondent,
v
The Corinthian Condominium Also Known as The Corinthian Condominium Association, Defendant-Appellant.

Gfeller Laurie LLP, New York (Gary Strong of counsel), for appellant.

Appeal from order, Supreme Court, New York County (Paul A. Goetz, J.), entered May 10, 2023, which denied defendant's motion for leave to reargue its motion to vacate the note of issue, unanimously dismissed, without costs, as taken from a nonappealable paper.
No appeal lies from the denial of a motion for reargument (see D'Andrea v Hutchins, 69 AD3d 541, 542 [1st Dept 2010]). Because defendant did not appeal from the order that denied its motion to vacate the note of issue, defendant's arguments as to that determination are not properly before us (see id.). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 13, 2025